RECEIVED
AUG 04 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Suleiman Mohammad Hamed**

**Docket No. 0:02CR00328-002(DWF)**

**Petition on Supervised Release**

COMES NOW **Mark A. Mills**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Suleiman Mohammad Hamed** who was sentenced for Aiding and Abetting the Distribution of Approximately 990 Tablets of a Mixture Containing MDMA on May 5, 2003, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol
Drug aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 6, 2008, Mr. Hamed pled guilty to Careless Driving. He was sentenced to 30 days jail, 27 days stayed, 3 days sentence to service; 1 year supervised probation. His conditions included no alcohol-related traffic offenses, no driver license violations, no driving without insurance, no same or similar, and remain law-abiding.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

SCANNED
AUG 04 2008
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 4th day of August, 2008, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Mark A. Mills
Senior U.S. Probation Officer
Telephone: 612-664-5376

Executed on July 29, 2008
Place Minneapolis

Approved:

Curtis L. Stevens
Supervising U.S. Probation Officer